UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/21

UNITED STATES OF AMERICA,

        -against-

ADEDAYO ILORI and

CHRIS RECAMIER

        Defendants.

1:21-cr-0746 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    An arraignment and initial conference will be held as to all defendants DECEMBER 15th, 2021 at 3:30 pm in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

**Date: December 14, 2021**

*(signed)* MARY KAY VYSKOCIL
United States District Judge