USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ADEDAYO ILORI, and CHRIS RECAMIER,<br><br>Defendants. | 21-cr-00746 (MKV)<br><br>SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference on March 22, 2022. All parties were in attendance. In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. The Court will seek to schedule a trial date for the third quarter of 2022. The parties must be prepared to proceed to trial at that time.

- On or before March 25, 2022, the parties shall file a joint letter, advising the Court of any dates they will be unavailable for trial in the third quarter of 2022.

- Should Defendants opt to file any motions with respect to this action, Defendants shall file such motions on or before May 12, 2022. Oppositions shall be filed on or before May 26, 2022. Replies shall be filed on or before June 1, 2022.

IT IS FURTHER ORDERED that a pretrial conference in this matter is scheduled for June 7, 2022 at 11:00 AM.

IT IS FURTHER ORDERED that in the interest of justice, all time from today to June 7, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial in that it will allow the government to complete its production of discovery materials; allow time for defense counsel to review discovery material in this case with Defendants and to consider

whether there are any motions that are appropriate; and for the parties to discuss a potential pretrial disposition of this matter. Defendants consent to the exclusion of time.

      IT IS FURTHER ORDERED that on or before June 1, 2022, the parties shall file a joint letter regarding the status of this case.

**SO ORDERED.**

**Date:  March 22, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**