```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __5/12/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI, and CHRIS RECAMIER,

Defendants.

21-cr-00746 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that on or before May 19, 2022, the parties file a joint letter advising the Court as to the estimated length of a trial in this matter.

**SO ORDERED.**

**Date:  May 12, 2022
New York, NY**

*[signature]*

**MARY KAY VYSKOCIL
United States District Judge**