```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI, and CHRIS RECAMIER,

Defendants.

21-cr-00746 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the trial of Defendants Adedayo Ilori and Chris Recamier will begin on Wednesday, July 13, 2022. The parties shall file any motions *in limine* by June 15, 2022. The parties shall file all other pretrial submissions, in accordance with the Court's Individual Rules of Practice in Criminal Cases, by June 22, 2022. The final pretrial conference will take place on July 6, 2022 at 11:00 a.m. This case must be tried to verdict within eight days, and the Parties must plan accordingly.

The trials will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. These are firm trial dates. The Court will not accept delays.

Any request by any Party to test courtroom technology prior to the proceeding should be filed five days in advance of the trial.

**SO ORDERED.**

**Date: May 20, 2022**
**New York, NY**

_____
MARY KAY VYSKOCIL
United States District Judge