**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/22
```

----------------------------------------x
                                        :

UNITED STATES OF AMERICA     :

    -against-                  :           **ORDER**

Chris Recamier                   :          21cr746-2 (MKV)
                                        :           Docket #

----------------------------------------x

**Mary Kay Vyskocil**, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case **Lorraine Gauli - Rufo** is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to **Marc Greenwald**, NUNC-PRO-TUNC **6/1/22**.

    Attorney's Name

The Clerk of Court is respectfully request to close the motions filed at ECF #31 and 32.

**SO ORDERED.**

*/s/ Mary Kay Vyskocil*
**UNITED STATES DISTRICT JUDGE**

**Dated:   New York, New York**