```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/22
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,                                  1:21-cr-746-2 (MKV)

        -against-                                          **ORDER**

CHRIS RECAMIER

        Defendant.

---

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the sentencing scheduled for September 29, 2022 is ADJOURNED to October 17th 2022 at 11am. The hearing will take place in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, Courtroom 18C.

    IT IS FURTHER ORDERED defense sentencing submissions shall be due October 3rd and the Government's response shall be due October 11th.

**SO ORDERED.**

**Date: September 14, 2022**

                                                      HONORABLE MARY KAY VYSKOCIL
                                                    UNITED STATES DISTRICT JUDGE
                                                    SOUTHERN DISTRICT OF NEW YORK