

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2022
```

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Chris Recamier*,
                21 Cr. 746 (MKV)

Dear Judge Vyskocil:

      The Government respectfully writes to request that the Court adjourn defendant Chris Recamier's sentencing so that it takes place after the trial of co-defendant Adedayo Ilori. Recamier is currently scheduled to be sentenced on October 17, 2022, and he opposes this request.

      As the Court is aware, Ilori plans to call Recamier to testify at his upcoming trial, which is scheduled to begin on October 25, 2022. Recamier's counsel has stated that Recamier will invoke his Fifth Amendment right against self-incrimination if called to testify. However, the choice to invoke will be Recamier's at the time of trial. If Recamier does elect to testify at trial, the Government believes that the Court should have the ability to craft a sentence informed by his testimony. As Ilori's trial is scheduled to begin approximately one week after Recamier's scheduled sentencing, and Ilori's trial is expected to last only approximately one week, any delay resulting from this request will be short and will result in minimal prejudice to Recamier.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ _____
     Juliana N. Murray
     Daniel G. Nessim
     Assistant United States Attorneys
     (212) 637-2314 / -2486

---

**The request for an adjournment is DENIED.  SO ORDERED.**

Date: 10/3/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge