USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CHRIS RECAMIER,<br><br>Defendant. | 21-cr-00746 (MKV)<br><br>**ORDER APPOINTING COUNSEL &<br>SCHEDULING ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The United States Probation Office has issued a report indicating that the Defendant Recamier is eligible for a sentence reduction under Amendment 821. [ECF No. 151]. Pursuant to the standing order of the Chief Judge of this District, the Federal Defenders of New York was appointed to represent the Defendant in connection with the Court's consideration of whether the Defendant's sentence should be modified in light of Amendment 821. [ECF No. 152]. Thereafter, the Federal Defenders of New York notified the Court by email that they are unable to represent Mr. Recamier due to a conflict of interest but that Mr. Recamier's former CJA counsel is available for appointment. Accordingly, pursuant to the standing order of the Chief Judge of this District, the Court appoints Marc Greenwald to represent the Defendant in connection with the Defendant's motion for a reduction in his sentence in light of Amendment 821.

IT IS FURTHER ORDERED that (1) Mr. Greenwald shall file a notice of appearance on behalf of the Defendant no later than April 25, 2025; (2) the Defendant shall file any motion for a reduction in sentence pursuant to Amendment 821 no later than May 8, 2025, (3) the Government shall file a statement of its position on any motion for modification of the Defendant's sentence no later than May 22, 2025, and (4) the Defendant shall file his reply, if any, no later than May 29, 2025.

The Court's intention, unless it orders otherwise, is to resolve this motion based on the parties' written submissions.

**SO ORDERED.**

**Dated: April 18, 2025**
      **New York, NY**

                                               **MARY KAY VYSKOCIL**
                                               **United States District Judge**